**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-CR-00188-SVW-1 |
| v. | |
| RON GAD, | ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

☐ The Court hereby orders that the request of:

RON GAD,                                    ☐ Plaintiff ☒ Defendant ☐Other
*Name of Party*

☒ to substitute DANIEL PERLMAN                                    who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

355 S Grand Ave, Ste 2450, Los Angeles, CA 90071-9500

*Street Address*                              daniel@danielperlmanlaw.com
*City, State, Zip*                              *E-Mail Address*

310-557-1700                    310-388-3018                    236278
*Telephone Number*              *Fax Number*                    *State Bar Number*

as attorney of record instead of MARK WERKSMAN AND KAREN MARGARET SOSA
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED**   ☐ **DENIED**

☒ The Court hereby orders that the request of MARK WERKSMAN AND KAREN MARGARET SOSA
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for
**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

STEPHEN V. WILSON

Dated FEBRUARY 19, 2025

~~STEVEN W. WILSON~~
U. S. District Judge/~~U.S. Magistrate Judge~~